**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

STEVE PARKS

       Plaintiff,

Case No. tbd

vs.

BRUISER BAITS FL INC.,

       Defendant.

                                        /

**ORIGINAL COMPLAINT AND DEMAND FOR JURY TRIAL**

NOW COMES Plaintiff, Steve Parks ("Parks"), by and through his attorneys, to make and file his Plaintiff's Original Complaint against Defendant, Bruiser Baits FL Inc., and for cause of action would respectfully show the Court as follows:

**I.    PARTIES**

1.    Plaintiff, Steve Parks, is an individual, who resides in Burleson, Texas.

2.    Defendant, Bruiser Baits FL Inc., is a corporation organized under the laws of the State of Florida, has both a regular and established place of business, and its principal place of business in Alva, Florida.

3.    Based on information and belief, Bruiser Baits FL Inc. is doing business, at least in part, under the name "Bruiser Baits".

4.    Bruiser Baits may be served with process by and through its registered agent, Amber Chisam-Dial, located at 18990 Persimmon Ridge Rd Alva, FL 33920-3367.

**II.    JURISDICTION AND VENUE**

5.    This is an action for infringement of a United States patent pursuant to 35 U.S.C. §§ 271. This Court has jurisdiction over the subject matter in this case based upon federal question under

1

28 U.S.C. §1338(a). The Defendant resides and has a regular and established place of business in this District and Division. Therefore, venue is proper in this District pursuant to 28 U.S.C. § 1400(b). Further, a substantial part of the events giving rise to this Lawsuit occurred in this District and venue is proper pursuant to 28 U.S.C. § 1391(b).

### III.    FACTUAL ALLEGATIONS

6.    U.S. Patent No. 7,774,974 (the "'974 Patent"), entitled "Fishing Lure" was duly and legally issued by the United States Patent and Trademark Office on August 17, 2010. The '974 Patent has been at all times since its date of issue, valid and enforceable. A true and correct copy of the '974 Patent is attached hereto and incorporated by reference as Exhibit A.

7.    Plaintiff, Steve Parks is the inventor and owner of the '974 Patent.

8.    Bruiser Baits has used, sold, and offered for sale, in the United States, fishing lures sold under brands "*MacDaddy Craw*", "*The Avenger*", "*Crazy Craw*", and "*The Bullet*" (collectively, "The Bruiser Baits").

9.0    Bruiser Baits continues to use, sell, offer for sale, in the United States, The Bruiser Baits.

10.    In using, selling, and offering for sale The Bruiser Baits, Bruiser Baits is infringing one or more claims of the '974 Patent, including, but not limited to Claim 10. (*See* Exhibit A at ¶ 7-8). These infringing acts have been without the permission, license, or consent of Parks.

11.    On October 1, 2024, Parks sent an email to Bruiser Baits (at the email address listed on Bruiser Baits' website) containing a notice of infringement letter and a copy of the '974 Patent. Parks received no response. On December 23, 2024, Parks sent a letter via certified mail, return receipt requested, to Bruiser Baits' principal address, 18990 Persimmon Ridge Rd. Alva, FL 33920-3367, containing a second notice of infringement and a copy of the '974 Patent. However, the letter was returned on January 30, 2025, despite that the address on the letter is Bruiser Baits'

2

current principal and mailing address as reflected on Florida Secretary of State records. On February 20, 2025, Parks sent another letter via regular and certified mail, return receipt requested, to the same address, containing a final notice of infringement. Therefore, at least as early as the receipt of these letters, Bruiser Baits had actual notice of the '974 Patent and Parks' infringement allegations. However, Bruiser Baits chose to infringe and continues to infringe in reckless disregard of the '974 Patent.

12.     Bruiser Baits has and continues to knowingly induce users of The Bruiser Baits to infringe the '974 Patent. Bruiser Baits' marketing and promotional activities actively encourage users to infringe the '974 Patent and instruct users how to engage in infringing use. By way of example, Bruiser Baits' inducement activities, comprise: (1) advertising and selling The Bruiser Baits to users via its website, knowing that The Bruiser Baits directly infringe on the '974 Patent when used for their normal and intended purpose; (2) instructing users how to use one or more of The Bruiser Baits through its marketing and promotional content, such as on YouTube; and (3) facilitating the use and sale of The Bruiser Baits by independent sales outlets, retailers and distributors, including but not limited to Tackle Warehouse, Land Big Fish, and Mystery Tackle Box (online retailers), Caloosa Wholesale Sportsman Supply (a distributor in Florida), and 51 dealers throughout the U.S. (including, but not limited to, tackle shops, hardware supply stores, and marinas). These dealers are listed prominently on Bruiser Baits' website.

### IV.    Patent Infringement

13.     Plaintiff realleges paragraphs 1-12 as if fully set forth herein.

14.     Defendant is literally infringing one or more claims of Parks' '974 Patent in violation of 35 U.S.C. § 271(a).

15. Defendant is knowingly inducing others to infringe one or more claims of Parks' '974 Patent in violation of 35 U.S.C. § 271(b).

16. Defendant is and has been actually aware of the existence and claims of the '974 Patent. The infringement by Defendant is willful, intentional, and exceptional pursuant to 35 U.S.C. § 285.

## V. DAMAGES AND OTHER REMEDIES

17. Plaintiff realleges paragraphs 1-12 as if fully set forth herein.

18. Plaintiff seeks all remedies against Defendant, as afforded by 35 U.S.C. §§ 281 and 283-285.

19. Defendant will continue to engage in infringing acts unless enjoined by the Court. Plaintiff is entitled to a permanent injunction against Defendant pursuant to 35 U.S.C. § 283 prohibiting Defendant from infringing the '974 Patent. Plaintiff will be seeking and filing a Motion for a Preliminary Injunction upon Defendant's responding to this Complaint.

20. Plaintiff is entitled to damages, including without limitation, at a minimum an amount not less than a reasonable royalty for the Defendant's infringement of the '974 Patent, together with interest and costs as assessed by the Court, pursuant to 35 U.S.C. § 284.

21. Plaintiff is entitled to have the Court award treble damages pursuant to 35 U.S.C. § 284.

22. Plaintiff is entitled to recover reasonable attorney's fees for this exceptional case of infringement pursuant to 35 U.S.C. § 285.

## VI. DEMAND FOR JURY TRIAL

23. Plaintiff respectfully requests a trial by jury on all issues so triable.

4

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Steve Parks, respectfully prays that Defendant be cited to appear and answer herein, and that upon trial on the merits this Court render Judgment in Plaintiff's favor and against the Defendant, as follows:

A.    Defendant be preliminarily and permanently enjoined from infringing U.S. Patent No. 7,774,974 in any manner;

B.    Defendant be ordered to deliver up for destruction all articles that infringe the '974 Patent, including all of the infringing lures;

C.    Defendant be ordered to pay Plaintiff's actual damages for infringing the '974 Patent;

D.    Defendant be ordered to pay Plaintiff three (3) times the amount of actual damages for willfully infringing the '974 Patent;

E.    Defendant be ordered to pay interest, costs and reasonable attorneys' fees to Plaintiff; and

Plaintiff, Steve Parks, finally prays for general and such further and other relief, at law or in equity, as to which Plaintiff may show himself justly entitled.

Dated:  March 30, 2026

Respectfully submitted,

/Bryan L. Loeffler/_____
Bryan Loeffler
Florida State Bar. No 852341
Email:bryan@lawipgroup.com

Erica Loeffler
Florida State Bar No. 852201
Email:erica@lawipgroup.com

Loeffler IP Group, P.A.
5659 Strand Court, Suite 102
Naples, FL 34110
239-202-2901

Daniel L. Bates*
Texas State Bar No. 01899900
Email:  dbates@deckerjones.com

DECKER, JONES PC
801 Cherry Street, Suite 2000, Unit #46
Fort Worth, Texas 76102
Telephone:  (817) 336-2400
Telecopier:  (817) 336-2181

ATTORNEYS FOR PLAINTIFF


\* Seeking Pro Hac Vice